# In the United States Court of Federal Claims

Sharna Christe Potter
_____
**Plaintiff(s),**

v.

THE UNITED STATES, Butte
County Sheriffs Dept.
**Defendant.**

Case No. _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

18 USC section 242 Deprivation of rights under the color of law

2. **PARTIES**

Plaintiff, Sharna Christie Potter, resides at 7 Gillick Way
(Street Address)

Oroville, CA 95965 , 530-826-1059 cell/home
(City, State, ZIP Code)      (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Please mail a duplicate copy of each correspondence to: Sharna Potter, 3169 Ridge Top Dr, Chico, CA 95973 and to: Veronica Martin per Sharna Potter 5730 Inskip Unlocked, Paradise, CA, 95969

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☒ Yes  ☐ No

If yes, please list cases: 1 against Chico PD, 1 against Butte County Sheriffs Dept, 1 against Butte County District Attorney. All mailed at the same time

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

See Attachment #1
Failed to honor my civil rights

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

I want to be released. I want Butte County Sheriff's Dept. investigated for what happened to me. I want to be compensated for the damages that happened to me, my home, my animals, and it still happening to me because I'm incarcerated.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19th__ day of __April__, __2025__.
     (day)    (month)    (year)

_____Sharon C Porter_____
            Signature of Plaintiff(s)

Statement of Claim                                    Attachment #1

     8/9/2024 my rights as a citizen and United States citizen were violated. On August 9th around dusk I had fired my registered pistol off in my enclosed backyard, 3 times into the dirt. I wasn't shooting at anything and no one was around or in danger.

     A little after dark 2 officers were canvasing the neighborhood because they got a complaint of shots fired. I stepped out and acknowledged shooting into the ground. I went back inside saying to them I would be back out. I had no knowledge of...

     I couldn't figure out [illegible] they would [illegible] More officers arrived at [illegible] county [illegible] to me and told me I had violated mine and my [illegible] the 2nd. I had no knowledge of [illegible] one from 2020 & one from 2022. In 2022 they had declared a doubt in [illegible] county [illegible] [illegible] if all court procedures are halted and put on pause. How they would be able to issue a warrant to [illegible] further.

     While in custody they found me competent in...

2

October 2024.

Back to the night of August, 9th 2024, The police remained outside + I couldn't understand why. I was scared and a bit shook up because they started yelling with a mega phone and they had this huge vehicle that kind of resembled a tank in my front yard. I was scared because of how it was escalating and that I might get shot if I tried to step outside. They wanted me to come out and what if they said I was armed a tried posing me, not because I didn't came out they started to bash my windows and ram the door. They never announced having a warrant or so or that officers had tried to announce, incommunication a is not. My pistol accidentally discharged into the floor because I was crying and couldn't see and went to move it. They shattered the windows without doors + then shot tear gas and the water hose into the sheet rock.

They then tried remotely within hours the approximately 2:30. Surely they had first turn up the water main which connected to the sprinkler system for if there a fire. Someone even said what if there's a fire

3

but they broke the water main so if there was I'd be without a chance to extinguish it, which is outrageous. Everything about what happened is outrageous. The fire could been mitigated by the sprinklers — if [illegible] ... was [illegible] everywhere and caused [illegible] to make sure the [illegible] down and [illegible] for [illegible]

I couldn't see, I couldn't breathe [illegible] ... again and [illegible] filled ... walk in closet. [illegible] I called 911. I couldn't make them [illegible] know [illegible] that I was scared. I don't remember [illegible] scared [illegible] but I'm a [illegible] which I came out there was no [illegible] setting [illegible] I was [illegible] down [illegible] the [illegible] and falling from [illegible] through the floor and [illegible] it was like a cage [illegible] ... [illegible] when they arrived, they used a battering ram on the front door [illegible] holding ... They let the water go [illegible] burnt [illegible] have beyond [illegible] it was not [illegible] take [illegible] the [illegible] lived in 10 years. In complete ruin. I couldn't believe the amount of water dam[age]

in the morning I came out to see where it was when the water could be turned off. That's when I was arrested. The militarized banking vehicle was no longer in my driveway. And at no time during it being in my driveway were there officers standing around. The press release that was released didn't even match up to what actually happened or was released w/ police recorded footage.

I'm still incarcerated wrongfully. They said I fired twice when the cops were there and are trying to charge me with willfully discharging a firearm at a peace officer and willfully discharging a firearm w/ enhancements, the lowest plus shortest sentence is 10 mos. 5 with one year, which with double time I've served 11 months already. With all the video evidence they collected it's in my favor because it proves I didn't fire at a peace officer or willingly discharge a weapon they were there. How can the district attorney release a false press release with misinformation in it. Also slander my name + my identity to the point of it being impossible to rebuild. This will impact my name in the rest of my life in Butte County + possibly further away in a negative

5

long. The damages are so drastic that it'll be damn near impossible to rebuild or recover from — mentally, emotionally, financially.

They harassed me while I was pregnant. I had to have my beautiful baby while in custody. Every court date saying "another 6 weeks, another 5 weeks," just another month while the days turn into weeks. My missing precious time I can never get back. Suffering now outside... [illegible] 2 feet away and can't [illegible] have to remind myself I'm [illegible] incarceration. Every day. [illegible] with his umbilical cord around his neck.

My whole life has been ripped apart. Lost everything I have ever had, especially the past 10 years. My heart, my name. They have [illegible] it hurts. My name means everything to me. All the companies I've worked for, the effort I took making sure I was [illegible] as hard working responsible, accountable woman. I don't even get to hold my baby every day, to calm his cries, to feed him when he's hungry, [illegible] asleep [illegible] that's important. I didn't lead a life that would add up to me being incarcerated. Every aspect of my life

been devestated. I'm grateful I didn't lose my life and that i'm still here, alive, + able to hopefully do something about what's been done.

I want to go home. But no longer have one to go home to. Because of them my home is close to being dilapidated, over ridden with mold + decaying. Foreclosure!