25-891C

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: _Sharna Christie Potter_

Location of Plaintiff(s)/Petitioner(s) (city/state): _Oroville, ca,_

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _Self_
   Firm Name: _pro-se_

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: _7 Gillick way_
City-State-ZIP: _oroville, ca, 959605_
Telephone Number: _530·826·06659  Boyfriend not incarcerated_
E-mail Address:

Is the attorney of record admitted to the Court of Federal Claims Bar? [ ] Yes [ ] No

---

Nature of Suit Code: _515_    Agency Identification Code: _0_
Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: _3_

Amount Claimed: $ _10 million_
   Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
   Is plaintiff a small business? [ ] Yes [ ] No
   Was this action proceeded by the filing of a [ ] Yes [ ] No    Solicitation No. _____
   protest before the GAO?
   If yes, was a decision on the merits rendered? [ ] Yes [ ] No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed [ ] Yes [ ] No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

Received - USCFC

MAY 23 2025